UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AMIR KARIM BEIGALI,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No. 07-cr-20490<br><br>Honorable Lawrence P. Zatkoff |

# DEFENDANT'S EXHIBIT LIST

Defendant Amir Karim Beigali identifies the following exhibits:

| Exhibit Number | | Description |
|---|---|---|
| **31** | | **Education** |
| | A | State of Georgia, Department of Technical and Adult Education, General Educational Development Diploma, 05/21/99 |
| | B | Certificate of Completion, GED Program, 10/27/99 |
| | C | Diploma for Marketing Management from the Altamaha Technical College, Jesup, Georgia, 06/12/02 |
| **32** | | **Certificates of Completion and Achievement** |
| | A | Certificate of Completion, 24 hours of study in Parenting III, 11/06/01 |
| | B | Certificate of Achievement, Third Place, FCI JESUP Recreation Department, 2001 Point Accumulation Program, Age Group 18-25, 01/01/02 |
| | C | Certificate of Completion, completed all required course work for Introduction to Financial Markets, 03/04/02 |
| | D | Certificate of Completion, completed all required course work for Legal Writing Course, 03/26/02 |
| | E | Certificate of Completion, completed all required course work for the Artist Management Program, 04/30/02 |

|     |     |     |
| --- | --- | --- |
|     | **F** | Certificate of Completion, completed all required course work for the Employment Skills Program, 06/26/02 |
|     | **G** | Certificate of Completion, completed all required course work for the Parenting 1 Program, 09/11/02 |
|     | **H** | Certificate of Completion, completed all required course work for Marketing and Management, 10/23/02 |
| **33** | **Academic Transcripts** | |
|     | **A** | Altamaha Technical College at FCI, Jesup Student Record, Marketing/Management, 04/02/01-06/12/02 |
|     | **B** | Altamaha Technical College at FCI, Jesup, Student Record, Computer Fundamentals Certificate, 10/03/01-01/09/03 |
|     | **C** | Altamaha Technical College, Official Transcript, 01/16/03 |
| **34** | **Resume**, with a career objective to secure sales management position | |
| **35** | **Employment Records** | |
|     | **A** | Table of paychecks and adjustments from Soft Touch Car Wash, 01/29/04-03/10/05 |
|     | **B** | Detailed Employee Listing, Soft Touch Car Wash, 01/20/04-03/05/05 |
| **36** | *Withdrawn* | |
| **37** | **Letter from Luis Roldan,** 08/05/05 | |
| **38** | **T-Mobile Telephone Records** [if available] | |
| **39** | **Plea and Sentencing Documents in** *United States v. Walter Rameriz* | |
|     | **A** | Rule 11 Plea Agreement in *United States v. Walter Rameriz* |
|     | **B** | Supplemental Motion for Downward Departure in *United States v. Walter Rameriz* |

Respectfully submitted,

*/s/ Patricia A. Streeter*
PATRICIA A. STREETER (P30022)
Attorney for Amir Karim Beigali
221 North Main Street, Suite 300
Ann Arbor, Michigan 48104
Telephone: 734.222.0088
Facsimile: 734.769.2196

DATED:  August 20, 2008

## CERTIFICATE OF SERVICE

      I certify that on August 20, 2008, I electronically filed the attached motion, brief and attachments with the Clerk of the Court using the ECF system which will send notification of such filing to Assistant U.S. Attorney Keith E. Corbett.

                                            s/ *Patricia A. Streeter*
                                            PATRICIA A. STREETER (P30022)
                                            221 North Main Street, Suite 300
                                            Ann Arbor, Michigan 48104
                                            Telephone: 734.222.0088
DATED: August 20, 2008                Facsimile: 734.769.2196