UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,                    CASE NO.    07-20490
                                                                  12-11424
v.                                                  Hon. Lawrence P. Zatkoff

AMIR KARIM BEIGALI,

    Defendant-Petitioner.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION
AND ORDERING CLOSURE OF CIVIL CASE**

       Defendant filed this case pursuant to 28 U.S.C. § 2255, seeking to have this Court vacate his sentence. This matter is currently before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation (Docket #81), wherein the Magistrate Judge recommends that Defendant's motion be denied. Defendant timely filed objections to the Report and Recommendation.

       After a thorough review of the court file, the Report and Recommendation, and Defendant's objections to the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of the Court.

       Therefore, for the reasons set forth above, the Court hereby ORDERS that Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 is DENIED and that Case No. 12-11424 be CLOSED.

       IT IS SO ORDERED.

                                                               S/Lawrence P. Zatkoff
                                                               LAWRENCE P. ZATKOFF
Dated: January 22, 2014                          UNITED STATES DISTRICT JUDGE