UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No 07-cr-20490
Honorable Linda V. Parker

AMIR KARIM BEIGALI,

Defendant.
_______________________________/

**OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE**

Defendant Amir Karim Beigali is serving a sentence of imprisonment of 420 months after being convicted by a jury of (1) attempting to possess with intent to distribute 5 or more kilograms of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846 and (2) possessing a firearm during and in relation to a drug-trafficking crime in violation of 18 U.S.C. § 924(c). The violations which led to these convictions arose after Defendant's final convictions in the Middle District of Florida for bank robbery and using and carrying a firearm during and in relation to a crime of violence. The matter is presently before the Court on his pro se motion to reduce his sentence pursuant to the First Step Act's "career offender" amendment and an amendment to the United States Sentencing Guidelines relating to an "unusually long sentence." (ECF No. 141.)

Defendant has previously raised the same, as well as other, challenges to his sentence, unsuccessfully. The Sixth Circuit Court of Appeals has repeatedly affirmed his sentence, holding that it was a result of a mandatory minimum sentence because Defendant's violation of § 924(c) occurred after a prior conviction under the section became final and not due to his career offender status. *See United States v. Beigali*, No. 24-2087, 2025 WL 2939524 (6th Cir. Oct. 16, 2025); *United States v. Beigali*, No. 21-2917, 2022 WL 710213 (6th Cir. Mar. 9, 2022); *United States v. Beigali*, 405 F. App'x 7, 15 (6th Cir. 2010). For the reasons previously articulated by the district[1] and circuit courts, as well as in the Government's response to his pending motion (ECF No. 143), Defendant is not entitled to a reduction of his sentence.

Accordingly,

**IT IS ORDERED** that Defendant's motion to reduce sentence (ECF No. 141) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 18, 2026

[1] The matter previously was assigned to the Honorable Sean F. Cox. It was reassigned to the undersigned pursuant to Eastern District of Michigan Local Rule 57.10 on January 28, 2026.

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 18, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager